### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **STANLEY L. ATNIPP** | § | |
| | § | |
| **V.** | § | NO.   **7:16-CV-307** |
| | § | |
| **LAREDO PETROLEUM, INC.** | § | |

### ORDER

The parties have notified the Court they have settled this case. Accordingly, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated.   Counsel in this case is ordered to file the papers necessary to dismiss this action on or before THIRTY (30) days from the date of this order.

All pending motions, if any, are therefore DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 17th day of August, 2018.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE



August 17, 2018

**_Via Email_**
Hal Brockett
Brockett & McNeel, LLP
TGAAR Tower
24 Smith Road, Suite 400
Midland, Texas 79702

   RE: *Stanley L. Atnipp v. Laredo Petroleum, Inc.*, In the U.S. District Court for the
      Western District of Texas, Midland-Odessa Division, Civil Action No. 7:16-cv-
      00307-DC

Dear Hal:

   It was a pleasure to meet you yesterday at mediation. I am delighted we were able to
reach a final resolution of this matter to the benefit of both our clients.

   By copy of this communication to the Honorable Court, we provide notice that the parties
in this case have reached agreement as to a full and final resolution on all claims such that further
action on pending motions is not required. We anticipate having the matter closed and
dismissed, with prejudice, within thirty (30) days.

   If you have any questions or concerns, please do not hesitate to contact us.

          Very truly yours,

          Angella Myers

cc:  The Honorable United States District Court Judge David Counts
   c/o Courtroom Deputy, Ms. Cristina Lerma (Cristina_Lerma@txwd.uscourts.gov)

---

The Myers Law Group, LLP
www.myerslawllp.com

8144 Walnut Hill Lane, Suite 390
Dallas, Texas 75231

Telephone 972-781-2400
Facsimile 972-781-2401